**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LEE JOHNSON,<br><br>        Plaintiff,<br><br>  vs.<br><br>JOHN ASHCROFT, Attorney General, et al.,<br><br>        Defendants.<br>_____/ | No. C 03-5026 WHA (PR)<br><br>**ORDER RE STATUS OF "APPEAL"** |

      This is a civil rights action brought pro se by a federal inmate. Plaintiff is a frequent litigator who has been barred from proceeding in forma pauperis because she has filed three or more cases that were dismissed as frivolous, malicious, or for failure to state a claim, *see* 28 U.S.C. § 1915(g), but in this case she paid the filing fee. The complaint was dismissed with leave to amend because it was "unmanageable in its present form." Plaintiff filed an amendment which added twenty defendants to the ten already in the case and which was largely incomprehensible. The amended complaint once more was dismissed with leave to amend. When the second amended complaint again was incomprehensible, the case was dismissed without further leave to amend. Judgment was entered on August 3, 2007.

      More than a year before entry of judgment, on March 9, 2006, plaintiff filed what she called a "Notice of Appeal." In it she said she was appealing "to the United States Court of Appeals and United States Supreme Court (for the Ninth Circuit,) final Judgments entered in

this and other actions, not limited to, January 6th, 2006." At that time there had been no final judgment in this case, and no order of any kind was entered in this case on January 6th, 2006.[1] The notice might have been treated as an attempt to take an interlocutory appeal, but it did not specify any order or other court action that would be the subject of such an attempted appeal. The clerk therefore did not process the notice of appeal. Plaintiff has inquired about the status of her "appeal."

Plaintiff's notice of appeal was insufficient to trigger an interlocutory appeal, and because no judgment had been entered at the time the notice of appeal was filed, Rule 4(a)(4)(B)(i) of the Federal Rules of Appellate Procedure, relating to premature notices of appeal filed after judgment but while certain motions are pending, is inapplicable. As a consequence, there is no appeal pending in this case, and nothing the clerk need do with regard to it.

**IT IS SO ORDERED.**

Dated: August   31  , 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.03\JOHNSON026.APP.wpd

---

[1] An order was entered in another of plaintiff's cases, number C 03-2050 WHA (PR), on January 6, 2006. Judgment had been entered in that case on October 2, 2003. The January 6, 2006, order merely informed plaintiff that she could not revive the case by filing a "Second Amended Complaint" and instructed the clerk not to file it. Plaintiff filed a notice of appeal in that case, and the appeal was dismissed by the Ninth Circuit for failure to comply with its rules.

2